IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERARDO ROSENDO VARGAS, JR., | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-3513 |
| | : | |
| BERKS COUNTY CHILDREN & | : | |
| YOUTH SERVICES, et al., | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 18th day of September, 2025, upon consideration of Plaintiff Gerardo Rosendo Vargas, Jr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 13), *pro se* Complaint (ECF No. 1), and Motion for Injunctive Relief to Void or Enjoin State Court Orders (ECF No. 14), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Motion for Injunctive Relief to Void or Enjoin State Court Orders (ECF No. 14) is **DENIED**.

4. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**